

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00453-CV

**CITY OF LAREDO**,
Appellant

v.

Fausto **TORRES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-000333-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On November 8, 2022, appellee filed a second unopposed motion requesting an extension of time to file appellee's brief. Appellee's motion is GRANTED. Appellee's brief is due **no later than November 28, 2022**. *Further requests for extension of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court